UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Northern Spirits Stillwater LLC, | Case No. 22-CV-0514 (SRN/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Water to Wine LLC et al., | |
| Defendants. | |

Aaron D. Hall, Hall PC, 3572 117th Lane NE, Minneapolis, MN 55449 and Lucas J Thompson, Thompson Horst, PLLC, 7760 France Avenue, Floor 11, Edina, MN 55435 for Plaintiff.

Jon R. Steckler, Madigan, Dahl & Harlan, P.A., 33 South Sixth Street, Suite 3675, Minneapolis, MN 55402 for Defendants.

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 3, 2023

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge