## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Northern Spirits Stillwater LLC,

              Plaintiff,

v.

Water to Wine LLC and Chad Moe,

              Defendants.

Case No.:22-cv-514 SRN/DTS

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendants, by and through their respective attorneys of record, hereby stipulate and agree to dismiss this action without prejudice and without costs or charges to either party, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The parties further stipulate and agree that the Court's April 3, 2023 Order dismissing the case with prejudice shall be amended to an Order dismissing the case without prejudice.

Dated:  April 12, 2023                    **LJT LAW, PLLC**

                                          */s/ Lucas J. Thompson*_____
                                          Lucas J. Thompson (#0345842)
                                          7760 France Avenue
                                          Floor 11
                                          Edina, MN 55435
                                          p:651-500-6964
                                          lthompson@ljtlawfirm.com

                                          **ATTORNEY FOR PLAINTIFF**

Date: April 12, 2023                      **MADIGAN, DAHL & HARLAN, P.A.**

                                          By: */s/ Jon R. Steckler*
                                          Jon R. Steckler (#0322453)
                                          222 South Ninth Street #3150
                                          Minneapolis, MN 55402
                                          (612) 604-2586
                                          steckler@mdh-law.com
                                          **Attorneys for Defendants**