# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Northern Spirits Stillwater LLC, | Case No. 22-CV-0514 (SRN/DJF) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Water to Wine LLC et al., | |
| Defendants. | |

Aaron D. Hall, Hall PC, 3572 117th Lane NE, Minneapolis, MN 55449 and Lucas J Thompson, Thompson Horst, PLLC, 7760 France Avenue, Floor 11, Edina, MN 55435 for Plaintiff.

Jon R. Steckler, Madigan, Dahl & Harlan, P.A., 33 South Sixth Street, Suite 3675, Minneapolis, MN 55402 for Defendants.

Pursuant to the Joint Stipulation of the parties [Doc. No. 48],

IT IS ORDERED that this action is dismissed without prejudice and without costs or charges to either party and this Court's Order dated April 3, 2023 dismissing the case with prejudice is hereby amended to a dismissal without prejudice.

Dated: April 12, 2023

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge