# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Northern Spirits Stillwater LLC,

          Plaintiff,

v.                                               Case No. 22-CV-514 (SRN/DJF)

Water to Wine LLC
Chad Moe,

          Defendants.

_____                                  **ORDER**

Northern Spirits Stillwater LLC,

          Plaintiff,

v.                                               Case No. 24-CV-192 (JRT/DJF)

Mobu LLC
Water to Wine, LLC
Chad Moe,

          Defendants.

_____

      Case No. 22-CV-514 (SRN/DJF) having been assigned to Judge Susan Richard Nelson and Magistrate Judge Dulce J. Foster, and Case No. 24-CV-192 (JRT/DJF) having later been assigned to Judge John R. Tunheim and Magistrate Judge Dulce J. Foster, and said matters being related cases,

      **IT IS HEREBY ORDERED** that Case No. 24-CV-192 be assigned to Judge Susan Richard Nelson and Magistrate Judge Dulce J. Foster, nunc pro tunc, by use of a card on the appropriate deck of the automated case assignment system. The Clerk of Court is

directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: February 14, 2024                s/Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Judge


Dated: February 15, 2024                s/John R. Tunheim
                                        JOHN R. TUNHEIM
                                        United States District Judge